# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-1510
LT Case No. 2025-CJ-000063-A

———————————————

H.J.H.N., III, a Child,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Marion County.
Brad E. King, Judge.

Matthew J. Metz, Public Defender, and John M. Selden, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kurt T. Koehler, Assistant Attorney General, Daytona Beach, for Appellee.

February 26, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____